**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Dairyland Insurance,

Plaintiff,

v.

Shawn Glenn Prescott, individually and as administrator of the estate of Ronnie Glenn Prescott, et al.,

Defendants.

No. CV 26-00691 PHX CDB

**REPORT AND RECOMMENDATION**

**TO THE HONORABLE STEPHEN M. McNAMEE:**

This interpleader action was removed from Pinal County Superior Court by Defendant United States of America on February 2, 2026. The CM/ECF docket indicates Defendants Shawn Prescott, Shanda Prescott, Kyle Prescott, and Centers for Medicare & Medicaid Services, have not appeared in this matter since removal. Accordingly, this case is not in full consent with regard to the exercise of magistrate judge jurisdiction and this Report and Recommendation is made pursuant to General Order 21-25.

Plaintiff avers that Plaintiff and all named Defendants have stipulated to a dismissal of this case in its entirety, and have moved the Court for an order dismissing the case with prejudice. (ECF No. 21). Accordingly,

**IT IS RECOMMENDED that** this matter be dismissed in its entirety, with prejudice, with each party to bear its own costs and attorney fees.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

Pursuant to Rule 72(b)(2), Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Thereafter, the parties have fourteen (14) days within which to file a response to the objections. Pursuant to Rule 7.2(e)(3), Local Rules of Civil Procedure for the United States District Court for the District of Arizona, objections to the Report and Recommendation may not exceed ten (10) pages in length.

Dated this 9th day of July, 2026.

Camille D. Bibles
United States Magistrate Judge